UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEREMIAH ROBINSON,

Plaintiffs,

CASE NO: 2:14-CV-528-FtM-38CM

vs.

ANYTIME RENTALS, INC., a Florida corporation,
and KEVIN DUBBERLY, Individually,

Defendants.
_____/

## AMENDED MOTION TO COMPEL ARBITRATION AND STAY OF PROCEEDINGS PENDING ARBITRATION

Defendants, ANYTIME RENTALS, INC. and KEVIN DUBBERLY move this court pursuant to 9 U.S.C.§ 4 and the contract between the parties to compel arbitration, and to stay the within action during such arbitration. As grounds, Defendants state the following:

1. On September 8, 2014, Plaintiff commenced the instant action seeking damages for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § §207(a) and 216(b). Specifically, Plaintiff claims that Defendants misclassified Plaintiff as an independent contractor such that it violated the Fair Labor Standards Act by failing to pay overtime rates for work performed.

2. The undersigned law firm has entered an appearance on behalf of Defendants, and the parties agreed to allow Defendants until and including October 15, 2014 to file a response to the complaint.

3. The contract between the parties that governed the work performed upon which Plaintiff bases his claims contains a mandatory arbitration clause for "any controversy or claim which arises out of, or relates to" the contract. The contract states, in pertinent part:

"If the parties cannot settle the matters themselves, within thirty (days of the date the controversy first arose, they agree that the matter will be settled by binding arbitration"

4. 9 U.S.C § 2, states:

"A written provision in any maritime transaction or a contract evidencing a transaction involving commerce to settle by arbitration a controversy thereafter arising out of such contract or transaction, or the refusal to perform the whole or any part thereof, or an agreement in writing to submit to arbitration an existing controversy arising out of such contract, transaction, or refusal, shall be valid, irrevocable, and enforceable, save on such grounds as exist at law or in equity for the revocation of the contract."

See also Montes v. Shearson – Lehman Bros. Inc., 128 F.3d 1456 (11th Cir. 1997) (Upholding arbitration provision in FLSA context)

5. It cannot be disputed that the contract between the parties stipulates that any claims arising out of or relating to the contract. Because the claims are based on work performed in connection with the contract, there can be no genuine dispute that the claims arise out of or relate to the contract. As such, the claims Plaintiff asserts in the complaint must be arbitrated.

6. Defendants have not agreed to waive the mandatory arbitration provision set forth in the contract. Plaintiff has not proposed to submit, or submitted his claims for arbitration.

7. On October 15, 2014, Defendants made a demand for arbitration to Plaintiff's attorney, Angeli Murthy, and included in its demand, a copy of the arbitration agreement. A true and correct copy of the demand containing the arbitration agreement is attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully request that the court enter an order compelling arbitration of claims asserted by Plaintiff in the complaint, and to stay the within proceedings pending arbitration.

Certification of Counsel Pursuant to Local Rule 3.01(g)

I, Christopher J. DeCosta, counsel for defendants, ANYTIME RENTALS, INC. and KEVIN DUBBERLY hereby certify that I have conferred with opposing counsel, Angeli Murthy, and she has indicated that her client opposes the within motion.

_____
Christopher J. DeCosta

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been furnished via email service this 25th day of November, 2014 to:

Angeli Murthy, Esq.
Florida Bar No. 088758
MORGAN & MORGAN, P.A.
600 North Pine Island Road. Suite 400
Plantation, FL 33324
Tel. (954) 318-0268
Fax (954) 327-3016
amurthy@forthepeople.com
**Via E-Mail**
*Attorneys for Plaintiff*

**HOLTZ MAHSHIE DECOSTA P.A.**
*Attorneys for Defendants*
1560 Matthew Drive, Suite E
Fort Myers, Florida 33907
Telephone: (239) 931-7566
Facsimile: (239) 931-7560
Designated Email Address:
    eservice@HMDLegal.com
    Chris@HMDLegal.com
    Jamie@HMDLegal.com
    Linda@HMDLegal.com

By: */s/ Christoper J. DeCosta*
CHRISTOPHER J. DECOSTA
Florida Bar No. 271410

**Linda Antonaccio**

| | |
|---|---|
| From: | Jennifer Staesser |
| Sent: | Wednesday, October 15, 2014 10:21 AM |
| To: | amurthy@forthepeople.com |
| Cc: | Christopher DeCosta; Linda Antonaccio |
| Subject: | Jeremiah Robinson v. Anytime Rentals, Inc. USDC No. 14-CV-528 |
| Attachments: | Letter to Attorney Murthy 10-15-14.pdf |

**Importance:** High

Good morning Ms. Murthy,

Please see the attached correspondence from attorney Christopher DeCosta regarding the case mentioned above.

Sincerely,

Jennifer Staesser
Legal Assistant



1560 Matthew Drive, Suite E
Fort Myers, FL 33907
Telephone: 239-931-7566
Facsimile: 239-931-7560
www.hmdlegal.com

This message is the property of Holtz Mahshie DeCosta, P.A. It may be legally privileged and/or confidential and is intended only for use of the addressee(s). No addressee should forward, print, copy or otherwise reproduce this message in any manner that would allow it to be viewed by any individual not originally listed as a recipient. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the message.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4765 / Virus Database: 4040/8393 - Release Date: 10/15/14



EXHIBIT A



HOLTZ · MAHSHIE · DECOSTA
ATTORNEYS AT LAW

1560 Matthew Drive
Suite E
Fort Myers, Florida 33907
Telephone: 239.931.7566
Facsimile: 239.931.7560
www.hmdlegal.com

Offices in Fort Myers, Punta Gorda & Sanibel

October 15, 2014

Angeli Murthy Esq.
Morgan & Morgan
600 N Pine Island Rd Ste 400
Plantation, FL 33324-1311

**Via Email:** amurthy@forthepeople.com

RE: DEMAND FOR ARBITRATION PURSUANT TO 9 U.S.C. s. 4
JEREMIAH ROBINSON v. ANYTIME RENTALS, INC. USDC No. 14-CV-528

Dear Attorney Murthy,

   As you are aware, this firm represents the interests of Anytime Rentals, Inc. and Kevin Dubberly in connection with the above matter. This communication is intended to serve as a demand for arbitration pursuant to Section 6 of the contract between the parties (attached hereto) and 9 U.S.C. s. 4. The contract clearly states that the parties agree to submit disputes to binding arbitration.

   Pursuant to the contract, we are required to choose a mediator from a list of 5 arbitrators provided by the Federal Mediation and Conciliation Service. Please contact me at your earliest convenience to begin the process.

Sincerely,

Christopher J. DeCosta
Enclosures

REAL ESTATE · COMMERCIAL LITIGATION · BANKRUPTCY · BUSINESS LAW

10

INDEPENDENT CONTRACTOR-SERVICE COMPANY AGREEMENT

SERVICE COMPANY:

Name: Anytime Rentals, Inc.

Address: 13650 Fiddlesticks Blvd
Suite 202-184
Fort Myers, FL 33912

Telephone: (239) 210-5336

INDEPENDENT CONTRACTOR:

Name: Jeremiah Robinson
Dba: 9-19-1980
Address: 5408 Billings St Lehigh Acres Fl 33971

Telephone: (239) 645-1610

Service Company ("Service Company") and Independent Contractor agree as follows:

1. This agreement is entered into pursuant to the laws of the State of Florida governing the engagement by Service Company, a duly licensed Service Company by the State of Florida and Lee County and payments to the independent contractor. This agreement supersedes any other verbal or non-verbal agreement between the parties.

2. The description of the parties is as follows:

The Service Company is engaged in the business of providing general services to transportation Companies. This includes providing services to its customers, Third Party Companies ("TPC"), which may provide transportation of household goods by motor vehicle pursuant to operating authorities issued by the Interstate Commerce Commission, Department of Transportation, Florida Department of Agriculture and various state regulatory bodies.

The Independent Contractor is an entity doing business as an independent contractor that provides certain services and where applicable is licensed and insured. The Independent Contractor agrees to perform all services necessary for the Service Company including but not limited to transport shipments for Service Company and/or Third Parties, as hereinafter specified, to furnish necessary equipment and labor as may be required to perform services under this Agreement and to perform all services required for such transportation in an efficient, competent and workmanlike manner.

3. The relationship of the parties is as follows:

The parties intend to create by this agreement the relationship of Service Company and Independent Contractor and not that of an Employer/Employee. It is the intent of the parties when performing service under this Agreement that at no time shall a master/servant and/or employer/employee relationship be created or arise between the parties or between Service Company and Independent Contractor as a result of this Agreement or the transportation performed hereunder. Because there is no employment relationship between Independent Contractor and Service Company, Service Company will not pay for any employment related benefits on behalf of Independent Contractor or its employees.

1

The parties further intend that the Service Company be concerned with the results of Independent Contractors work but not the means through which the Independent Contractor chooses to accomplish those results. The Service Company will market the services, secure the ultimate customers and specify the work to be performed. Service Company is responsible for billing the customers, and collecting monies, unless Service Company has expressly assigned the collection of monies to Independent Contractor. Generally, in the transportation business a Bill of Lading is required by various state and federal Agencies. Service Company is responsible for estimating and specifying the customer's requirements unto a Bill of Lading. Thus the Bill of lading, each of which shall be considered a supplemental project part of this Agreement. Independent Contractor grants Service Company and/or TPC the authority to settle any and all claims at Service Company's own discretion. The Independent Contractor is then responsible for determining how that work will be performed. Independent Contractor may also sell additional services and/or products according to industry standards. Independent Contractor has substantial opportunity for profit and loss and assumes the risks involved with its part of the transportation services. Independent Contractor is free to complete its part of the transportation service as it chooses, including job assignment selection, routes, rest stops, service stops, etc.

It is the Independent Contractor's sole responsibility to determine whether employees are needed and, if they are, to hire, train, supervise, compensate and provide benefits for those employees, consistent with all legal requirements. Independent Contractor agrees and warrants that all of its own employees involved in furnishing the service hereunder will be experienced, properly licensed and competent to perform the transportation and operate the vehicles utilized hereunder. Independent Contractor is also responsible to make sure that its employees perform in accordance with the Service Company's and or TPC's standards and that they work in a courteous and professional manner, such as always maintaining a neat and presentable appearance. Independent Contractor agrees to be responsible for and pay all wages, social security and unemployment payments, workers' compensation premiums and any and all payroll taxes that are required by contract or law on behalf of itself and any employees. Independent Contractor shall secure worker's compensation insurance coverage, as provided by Florida law for all persons employed to perform the services hereunder and, upon request, to furnish a certificate attesting to the effectiveness of the workers' compensation insurance policy to Service Company. Independent Contractor agrees to indemnify and hold harmless Service Company and TPC from any liability arising from the relationship between Service Company and Independent Contractor and its employees, including the Independent Contractor performing services under this agreement. The indemnification provisions of this agreement shall extend to claims received after this agreement is terminated for any claims, costs, liabilities or damages while it is in force.

Independent Contractor agrees to furnish necessary equipment that is properly licensed and equipped and in good, safe, running condition, to maintain same in proper working order, to provide all required services and repairs necessary for the operation of the equipment, and to pay any and all expenses incident to such operation. Before any equipment is operated under this Agreement, it shall be inspected by Service Company's and/or TPC's representative who must determine that the equipment is in good, safe, running order and compliance with all laws and regulations before it will be accepted for use under this contract. If Independent Contractor fails to keep the equipment in good, safe operating condition, Service Company shall have the option to cancel this agreement forthwith. The Independent Contractor is not required to purchase or rent any equipment or services from the Service Company as a condition of entering into this Agreement. Independent Contractor acknowledges that it is responsible for and shall pay any fuel, tire repair, service, cost of detention, accessorial or loading and unloading services, and fines or penalties for violation of any federal, state or municipal law or ordinance and all other costs and expenses incidental to the operation of the equipment and performance of the transportation hereunder.

Neither party shall act as the agent for the other, nor shall have the right to bind the other by contract except as provided in this Agreement.

2

4. Independent Contractor's Responsibility

The Independent Contractor's obligation under this Agreement is to furnish the Service Company a complete transportation service. This transportation service may include loading and unloading trucks, packing, crating, unpacking and uncrating of the property tendered for transportation, from origin to destination, by the manner and means and over routes and in accordance with the schedule selected by Contractor and with respect to all trips offered to Contractor by Service Company and which are accepted by Contractor. This Agreement does not obligate the Contractor to accept for transportation every or any trip/shipment offered by Service Company to Contractor, nor does it obligate Service Company to offer any trips/shipments to Contractor. The fact that Service Company has offered a certain number of trips/shipments to Contractor in the past does not obligate the Service Company to offer trips/shipments at the same frequency, or any at all, in the future. Independent Contractor may perform work for other Companies during the effective period of this Agreement which shall not be considered a breach of this contract. However, Independent Contractor shall not use equipment owned by Service Company or Third Parties in performing services for other Service Companies, personal use or for the general public without specific written authorization of Service Company. In addition, Independent Contractor will further remove any identification that said equipment is being operated by Service Company or Third Parties.

When Contractor accepts for transportation and services a necessary trip offered by Service Company or TPC the Contractor agrees to transport and to deliver such property accepted in strict adherence to bills of lading or other shipping documents and other contracts of transportation issued and/or entered into by Service Company. It is Contractors responsibility to verify with customer what services are to be performed, completing the necessary paperwork, securing the customer's agreement to pay for the services, collecting money as required, and generally ensuring that the way the work is performed conforms with the Service Companies and TPC standards and meets the customer's requirements and satisfaction. Independent Contractor is also responsible for identifying any property and/or cargo damage and communicating that information to Service Company and TPC and to customer as required.

Independent Contractor agrees to complete any work in progress or to accept responsibility for the completion of work if Independent Contractor is unable or unwilling to do so. If Contractor abandons a shipment or otherwise terminates this Agreement without completion of a shipment in its possession, Contractor expressly agrees that Service Company shall have the right to complete the transportation and hold Contractor liable for the cost thereof. Contractor is also held liable for any damages for which Service Company or TPC may be liable to a shipper arising out of such acts of Contractor which costs, expenses and damages are hereby authorized to be deducted from settlements or from any Contractor's general or reserve account maintained by Service Company.

Contractor agrees that any driver furnished by Contractor to operate the equipment is required to and will, in fact, be properly licensed to operate such equipment and shall obey all applicable federal, state and municipal laws and regulations. Contractor shall require that any driver shall cooperate with Contractor, and to such end shall promptly be caused to be filed with Service Company and TPC, any and all hours of service reports, physical examination certificates, accident reports, and other reports, documents, and data required by applicable laws and regulations. Contractor agrees that any and all such drivers furnished by Contractor to operate the equipment shall operate the equipment within the hours of service limits provided by Department Of Transportation Federal Regulations and any and all applicable comparable state regulations. Independent Contractor agrees that itself and any employees are subject to an United States Department of Transportation, Federal Motor Service Company Safety Regulations and Service Company and TPC policy drug/alcohol testing. Independent Contractor agrees that any person including themselves will be considered disqualified due to failure or refusal to take drug/alcohol test.

3

Independent Contractor warrants that it is familiar with laws and tariffs and agrees that Independent Contractor and its employees will abide by all applicable regulations. Independent Contractor must notify Service Company of any impeding action, audit or investigation regarding taxes, levies, licenses, permits, etc., by any regulatory body; including but not limited to the Florida Department of Agriculture, Department of Motor Vehicles, State Board of Equalization, Internal Revenue Service, etc.. Failure to notify Service Company will be considered a breach of this contract.

Independent Contractor agrees to assume primary responsibility for and to indemnify and hold Service Company and TPC free and harmless from all claims, losses, liabilities and/or damages on account of injury to or death of any persons, or damage to property of any person caused by or in any manner connected with the operation of equipment by Independent Contractor or its employees under this Agreement.

Independent Contractor shall be liable for any claim for pilferage, shortage or loss/damage to cargo transported by Independent Contractor under this Agreement, where such claim shall be for amounts determined by Service Company. Independent Contractor agrees to immediately report any loss or damage due to theft or vandalism to the local law enforcement agency and any other agency as instructed by Service Company and to report the identification of the agency to Service Company in a timely manner. Independent Contractor shall be liable for property damage claims up to the amount of actual chargeback. Any other claim involving gross negligence, theft, fraud, or other illegal activity are subject to chargeback for total amount that Service Company might be held liable for. Independent Contractor shall reimburse Service Company for all claims and related costs paid by Service Company resulting from vehicle accidents in addition to cargo loss and damage claims attributable to acts or services performed by Independent Contractor. Service Company may withhold from revenues due Independent Contractor an amount equal to potential liability or damage pending final settlement of any claims.
No limitation of Independent Contractor's liability shall apply if Service Company's or TPC vehicle is being operated in an illegal manner, or if the driver is guilty of negligence. Independent Contractor agrees to report any vehicle accident to the local law enforcement authorities immediately, and to report the accident and the identity of the above-mentioned law enforcement authorities and any witness, to Service Company immediately.

It is understood and agreed that Independent Contractor shall represent Service Company only to the extent specified in this Agreement and in no other way.

Independent Contractor voluntarily agrees, that by May 15 of each year, they will provide evidence that he and his/her organization have properly filed, or filed for extension to file, state and federal taxes for himself/herself personally, for his/her company (if separately filed) and for any employees of his/her organization. For example, Independent Contractor may submit the first page of all applicable federal tax return(s) and evidence of employee withholding to Service Company for its record. Also, Independent Contractor agrees to submit evidence of any other state or federal agencies, which require yearly or quarterly filings, to be submitted as well.

Independent Contractor agrees to notify Service Company of any change in status which affects the legality of his/her ability to operate such as, but not limited to changes involving his/her Driver's License, any applicable permits, or any interruption of insurance coverage required herein.

5.  Collection of Charges and Contractor's Fees

Certain federal and state regulations require that Company's, such as Service Company and or TPC engaged in transportation may give up possession of property transported only when payment to the Service Company or TPC for the transportation of service is made. When the published tariffs or other transportation contracts pursuant to which Service Company or TPC provides transportation service and applicable to a given shipment require that payment be made and collection of payment be secured upon delivery, Independent Contractor will collect all charges due for such transportation in the form required by such tariffs or contracts, and agrees that all payments, regardless of form, are deemed trust funds held by the Independent Contractor and the entire amount collected shall be delivered immediately to the Service Company and or TPC.

4

Independent Contractor acknowledges that such tariffs and contracts governing Service Company's and TPC provision of transportation service, on file with various state and federal regulatory agencies, have the force of law, and prescribe the form and manner of payment permitting no deviation from, and that instructions of the Service Company and or TPC to collect freight charges in the manner specified will be strictly adhered to, so as to comply with the applicable law.

Independent Contractor shall be compensated for the transportation provided hereunder, less any setoffs and deductions, as set forth in Schedule "A", attached hereto.

Service Company shall pay Independent Contractor within fifteen (15) days after the completion of a shipment, excluding Sundays and holidays. Completion of a shipment means that the transportation required under this Agreement has been performed in full by Independent Contractor and is evidenced by proof of delivery furnished to Service Company. Proof of delivery will be all the following documents signed, dated and received at the Service Company's office: Bill of Lading properly signed for COD shipments, Original inventory-delivery receipt, Original driver weight certificate, original tare and gross weight tickets, fuel receipts and driver's logs, change order forms, all documents properly signed by Shipper as required specifically by State and Federal authorities, laws, and regulations and any other documents which Service Company deems necessary for the completion of transportation service. The Independent Contractor must submit to the Service Company the above listed documents before the Independent Contractor will be paid. Credit to the Independent Contractor's general account (as defined herein) will be considered payment. Independent Contractor agrees that, if within thirty(30) days after receipt of payment of compensation hereunder, it does not submit to Service Company any written objection to the payment and settlement, then the payment and settlement shall be deemed approved and accepted as the full and correct amount due for such service.

Independent Contractor agrees to accept as full and complete fees for services performed in accordance with this Agreement those amounts tendered by Service Company in accordance with the fee schedule identified as Schedule "A", attached to and made part of this Agreement. Service Company shall maintain an account of amounts owed by and due to Contractor and called this their "General Account". Service Company will also maintain an account for the Independent Contractor and call this account their "Reserve Account". The reserve account will be calculated by taking a certain percentage off of the total gross dollars of the move minus any deductions that may occur. This percentage, negotiated between Service Company and Independent Contractor will begin at one percent. The Contractor will agree to have this amount deducted and placed into the "Reserve Account". The money for this account will be placed into a non-interest bearing account. This percentage may increase, as agreed upon between Service Company and Independent Contractor, based upon Contractor's performance pertaining to loss or damages that have occurred while under contract with the Service Company. This account will be used to handle any claims for loss or damage that may occur to customers, Service Company's or general public's property. Service Company shall on a monthly basis provide to the Independent Contractor a full accounting of all transactions showing all charges, deductions and credits to the General Account and Reserve Account. Service Company will provide written support for any deduction. If any special requests are made by Independent Contractor to handle Independent Contractor's General Account or Reserve Account then Contractor agrees that Service Company will charge an administrative handling fee based upon type of request made.

The Service Company shall be authorized to deduct any or all the following amounts in settling with Independent Contractor including costs paid directly by Service Company or TPC charged back to Service Company:

Any advances made to Contractor including charges incurred or imposed for wiring advances.
Payments for fuel purchased by Contractor and charged to Service Company or TPC.
Payment for all repairs and maintenance to Contractor's equipment charged to Service Company or TPC
Any payment to outside fuel dealers, repair facilities or parts suppliers by Service Company or TPC on behalf of Contractor.

5

Any fines paid by or charged back to the Service Company which is caused by the acts or omissions of the Contractor.
All liens and/or garnishments levied by the state or federal government.
All chargebacks for claims or other amounts assessed against Service Company or TPC but due from Contractor.
Valuation or Insurance premiums or surcharges.
Rented or specialty moving equipment or vans surcharge.
Pre-ordered packing cartons.
Customer refunds due to disputes on time or quality of work.
Administrative or Consulting fees.
Warehouse handling or Containerization, unless performed by Contractor.
Storage fees in warehouse.
Federal, State or Municipal sales tax or permits.
Fuel tax, surcharge, or any fees.
Daily or Weekly storage or holdovers on moving vans.
Other Third Party Services performed in connection with move.
Rebates or Coupons submitted by customers.
Any portion of move not serviced under the direction of the Contractor.
Any payments made by Service Company or TPC for which Contractor is responsible.
Any fines levied by Federal, State or Municipal authorities.
Any chargeback for loss or damage to Service Company or TPC owned equipment.
Any chargeback for cleaning or refueling charge of equipment not returned in same condition.

6.  Parties Rights

Both parties have the right to the other's full, good faith compliance with all terms of this Agreement. Both parties have the right to run their individual businesses as they see fit without disruption or interference from the other.

The parties agree that, by nature of their relationship, each will become privy to confidential information concerning the other. The parties have the right to insist that this confidentiality be strictly maintained and to collect any damages should a breach of confidentiality occur.

Independent Contractor retains the right to enter into contracts or agreements with other companies and to pursue other business activities. Similarly, Service Company retains the right to contract with other independent contractors, hire employees, or to engage in other business operations unrelated to Independent Contractor. Service Company is entitled to prompt cooperation by Independent Contractor concerning all contractual responsibilities.

Independent Contractor and Service Company will try to resolve among themselves any controversy or claim which arises out of, or relates to this Agreement, or the alleged breach of this Agreement. If the parties cannot settle the matter themselves, within thirty (30) days of the date the controversy first arose, they agree that the matter will be settled by binding arbitration.

If arbitration is necessary, the parties will agree on a single arbitrator who will take evidence and issue an award. If the parties cannot agree, within thirty (30) days of demanding an arbitrator, on whom the arbitrator will be, that person will be selected by the striking of names from a list of five (5) arbitrators provided by the Federal Mediation and Conciliation Service. The moving party shall strike the first name and each party shall alternately strike a name and
The last remaining name shall be the arbitrator. The arbitration will take place in the County of Lee unless the parties otherwise agree. The arbitrator shall have no authority to alter, amend or delete any provision of this Agreement. The arbitrator's decision shall be final and binding on the parties hereto. The parties agree that the cost of arbitration shall be divided equally between the parties.

6

In the event that Service Company shall become involved in any litigation, arbitration or other controversy by reason of Independent Contractor's failure to comply with this Agreement or arising from the service provided hereunder, Independent Contractor agrees to pay, and Service Company may withhold from any monies due Independent Contractor, all reasonable expenses, including attorneys' fees, incurred by Service Company in enforcing or defending against any claim or liability arising under this Agreement.

7.  Terminating the Relationship

The parties agree that this Agreement will be a continuing agreement to cover services performed by Independent Contractor for Service Company from the date of this Agreement until terminated by either party, upon giving seven (7) days' written notice thereof to the other party at the address shown above. Notwithstanding such notice period, this Agreement may be immediately terminated by Service Company if Independent Contractor's license or operating authority is suspended or revoked by any state or federal agency, or if Independent Contractor otherwise materially breaches this Agreement. Likewise, Independent Contractor may immediately terminate this Agreement if Service Company materially breaches this Agreement. Service Company may immediately terminate this Agreement without prior notice, if it has reason to believe that Independent Contractor's actions are endangering the public's safety or public property, Independent Contractor is operating unlawfully. Agreement may also be terminated immediately if shipper's cargo is not being protected or used as required by this Agreement.

Independent Contractor also agrees that it will return all of Service Company's or TPC's property to Service Company's principal place of business promptly after the relationship is terminated. In no event is the return of such property to exceed seven (7) days. If Independent Contractor is unable or unwilling to return Service Company's or TPC's property within that time, Service Company can secure the property by other recourse. Independent Contractor will then be responsible to reimburse Service Company for reasonable costs incurred in retrieving Service Company's and or the TPC's Company property.

Also, upon termination Independent Contractor is to remove any and all identification devices, signs, decals or painted on identification, and present Service Company and or TPC's photographic proof that said was completed.

Upon termination of the relationship, Service Company may, at its discretion, defer final settlement with Independent Contractor pertaining to "General and Reserve Account" for a period not to exceed two hundred and seventy (270) days. During that period of time, Independent Contractor shall not entertain any legal action against Service Company by reason of any claim arising out of this Agreement. Pending any final settlement, Service Company is authorized to withhold sums from Independent Contractor that Service Company deems necessary to cover Independent Contractor's liability to Service Company.

8   General Provisions

This Agreement, considered together with any Bills of lading, written supplemental or lease Agreements executed between Service Company and Independent Contractor, constitutes the entire Agreement between the parties. This Agreement supersedes all prior oral statements, other agreements, understandings and practices, except with respect to Schedule "A" as specified herein. This Agreement may only be modified or amended by a written agreement signed by both parties. Independent Contractor and Service Company also agree that no past, present, or future operating plan, method, or custom can be used in any manner to vary or change the written terms of this Agreement. This Agreement is the entire contract between the parties and there are no promises, representations or warranties that were made and entered into, either oral or written, by either party, which are not contained herein.

7

Independent Contractor agrees that they will not assign or transfer any rights under this Agreement to any other party. Service Company reserves the right to assign this Agreement to a successor, or to another business entity, if necessary. Independent Contractor will not assign any rights under or allow any sub hauling of the transportation covered by this Agreement without specific written authorization from Service Company.

Any and all notices between the parties hereto provided under this Agreement shall be in writing and shall be deemed duly served when personally delivered to a party or, in lieu of such personal service, when deposited in the United States mail, certified, postage prepaid, addressed to such party at the address shown above.

This Agreement shall bind and inure to the benefits of the respective heirs, personal representatives, successors and assigns of the parties hereto.

Should any provisions of this Agreement be held to be invalid or otherwise unenforceable, the invalidity or unenforceability of such provision shall not affect the validity or binding force and effect of the remaining portions of this Agreement.

Copies of the Agreement shall be retained by the parties for a period of not less than three (3) years from the date of termination of the Agreement.

By signing this Agreement, the parties hereto acknowledge that they have read, understand and approve each of the foregoing paragraphs hereof.

IN WITNESS WHEREOF, the parties have executed this Agreement on this 12 day of Feb, 2013 year of, in Ft. Myers, Florida.

INDEPENDENT CONTRACTOR:                     SERVICE COMPANY:

By: _____                 By: _____
Its: J.R.                                   Its: E.W.

Witness _____
Witness Charlie Perez

8

SCHEDULE "A-1"

COMISSION SCHEDULE

SHIPMENTS HAULED ON TPC's BILLS OF LADING

Attached separately and made part of this contract.

**Commission Schedule Notes**

1. Minimum number of persons for job determined by customer.

2. All jobs that involve a rate of more than $229 will be negotiated by the Independent Contractor and the TPC on a per job basis.

3. Delivery of packing material to a job site will be negotiated on a per job basis between the Independent Contractor and TPC

4. The compensations listed will include all jobs that are by the hour, weight, non-binding, or guaranteed price.

5. In order for Contractor to receive appropriate percentage of revenue contractor must compete the job and perform the entire service.

6. Commission is paid on the initial rate of the job minus any deductions made in connection with the job. The percentages are paid to Contractor after all non-inclusive deductions listed in the Agreement in Section five (5) have been made.

| INDEPENDENT CONTRACTOR | SERVICE COMPANY |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Its: J.R | Its: E.W. |
| Date: 2-12-13 | Date: 2/7/13 |

ADDENDUM B

Due to safety and identification reasons each Independent Contractor is required to wear the following when under contract with TPC:

    An approved TPC collared embroidered shirt

    Black work pants or shorts

If the following items are worn when under contract with TPC they must be approved by the TPC:

    If a hat or knit cap is worn it must be embroidered with TPC logo.

    Any type of outer apparel such as jacket, sweatshirt, coveralls, etc., must be embroidered with an TPC logo.

INDEPENDENT CONTRACTOR

By: _____

Its: __J.R._____

Date: __2-12-13_____

SERVICE COMPANY

By: _____

Its: __E.W._____

Date: __2/7/13_____

Schedule A-1

| RATE | COMMISSION PERCENTAGE | RATE | COMMISSION PERCENTAGE |
|---|---|---|---|
| $50.00 | 18.00% | $95.00 | 9.47% |
| $51.00 | 17.65% | $96.00 | 9.38% |
| $52.00 | 17.31% | $97.00 | 9.28% |
| $53.00 | 16.98% | $98.00 | 9.18% |
| $54.00 | 16.67% | $99.00 | 9.09% |
| $55.00 | 16.36% | $100.00 | 9.00% |
| $56.00 | 16.07% | $101.00 | 8.91% |
| $57.00 | 15.79% | $102.00 | 8.82% |
| $58.00 | 15.52% | $103.00 | 8.74% |
| $59.00 | 15.25% | $104.00 | 8.65% |
| $60.00 | 15.00% | $105.00 | 8.57% |
| $61.00 | 14.75% | $106.00 | 8.49% |
| $62.00 | 14.52% | $107.00 | 8.41% |
| $63.00 | 14.29% | $108.00 | 8.33% |
| $64.00 | 14.06% | $109.00 | 8.26% |
| $65.00 | 13.85% | $110.00 | 8.18% |
| $66.00 | 13.64% | $111.00 | 8.11% |
| $67.00 | 13.43% | $112.00 | 8.04% |
| $68.00 | 13.24% | $113.00 | 7.96% |
| $69.00 | 13.04% | $114.00 | 7.89% |
| $70.00 | 12.86% | $115.00 | 7.83% |
| $71.00 | 12.68% | $116.00 | 7.76% |
| $72.00 | 12.50% | $117.00 | 7.69% |
| $73.00 | 12.33% | $118.00 | 7.63% |
| $74.00 | 12.16% | $119.00 | 7.56% |
| $75.00 | 12.00% | $120.00 | 7.50% |
| $76.00 | 11.84% | $121.00 | 7.44% |
| $77.00 | 11.69% | $122.00 | 7.38% |
| $78.00 | 11.54% | $123.00 | 7.32% |
| $79.00 | 11.39% | $124.00 | 7.26% |
| $80.00 | 11.25% | $125.00 | 7.20% |
| $81.00 | 11.11% | $126.00 | 7.14% |
| $82.00 | 10.98% | $127.00 | 7.09% |
| $83.00 | 10.84% | $128.00 | 7.03% |
| $84.00 | 10.71% | $129.00 | 6.98% |
| $85.00 | 10.59% | $130.00 | 6.92% |
| $86.00 | 10.47% | $131.00 | 6.87% |
| $87.00 | 10.34% | $132.00 | 6.82% |
| $88.00 | 10.23% | $133.00 | 6.77% |
| $89.00 | 10.11% | $134.00 | 6.72% |
| $90.00 | 10.00% | $135.00 | 6.67% |
| $91.00 | 9.89% | $136.00 | 6.62% |
| $92.00 | 9.78% | $137.00 | 6.57% |
| $93.00 | 9.68% | $138.00 | 6.52% |
| $94.00 | 9.57% | $139.00 | 6.47% |

| RATE | COMMISSION PERCENTAGE | RATE | COMMISSION PERCENTAGE |
| --- | --- | --- | --- |
| $140.00 | 6.43% | $185.00 | 4.86% |
| $141.00 | 6.38% | $186.00 | 4.84% |
| $142.00 | 6.34% | $187.00 | 4.81% |
| $143.00 | 6.29% | $188.00 | 4.79% |
| $144.00 | 6.25% | $189.00 | 4.76% |
| $145.00 | 6.21% | $190.00 | 4.74% |
| $146.00 | 6.16% | $191.00 | 4.71% |
| $147.00 | 6.12% | $192.00 | 4.69% |
| $148.00 | 6.08% | $193.00 | 4.66% |
| $149.00 | 6.04% | $194.00 | 4.64% |
| $150.00 | 6.00% | $195.00 | 4.62% |
| $151.00 | 5.96% | $196.00 | 4.59% |
| $152.00 | 5.92% | $197.00 | 4.57% |
| $153.00 | 5.88% | $198.00 | 4.55% |
| $154.00 | 5.84% | $199.00 | 4.52% |
| $155.00 | 5.81% | $200.00 | 4.50% |
| $156.00 | 5.77% | $201.00 | 4.48% |
| $157.00 | 5.73% | $202.00 | 4.46% |
| $158.00 | 5.70% | $203.00 | 4.43% |
| $159.00 | 5.66% | $204.00 | 4.41% |
| $160.00 | 5.63% | $205.00 | 4.39% |
| $161.00 | 5.59% | $206.00 | 4.37% |
| $162.00 | 5.56% | $207.00 | 4.35% |
| $163.00 | 5.52% | $208.00 | 4.33% |
| $164.00 | 5.49% | $209.00 | 4.31% |
| $165.00 | 5.45% | $210.00 | 4.29% |
| $166.00 | 5.42% | $211.00 | 4.27% |
| $167.00 | 5.39% | $212.00 | 4.25% |
| $168.00 | 5.36% | $213.00 | 4.23% |
| $169.00 | 5.33% | $214.00 | 4.21% |
| $170.00 | 5.29% | $215.00 | 4.19% |
| $171.00 | 5.26% | $216.00 | 4.17% |
| $172.00 | 5.23% | $217.00 | 4.15% |
| $173.00 | 5.20% | $218.00 | 4.13% |
| $174.00 | 5.17% | $219.00 | 4.11% |
| $175.00 | 5.14% | $220.00 | 4.09% |
| $176.00 | 5.11% | $221.00 | 4.07% |
| $177.00 | 5.08% | $222.00 | 4.05% |
| $178.00 | 5.06% | $223.00 | 4.04% |
| $179.00 | 5.03% | $224.00 | 4.02% |
| $180.00 | 5.00% | $225.00 | 4.00% |
| $181.00 | 4.97% | $226.00 | 3.98% |
| $182.00 | 4.95% | $227.00 | 3.96% |
| $183.00 | 4.92% | $228.00 | 3.95% |
| $184.00 | 4.89% | $229.00 | 3.93% |

## Independent Contractor Affidavit

Florida Statute 440.10(1)(t), prescribes a penalty where an employer misclassifies an Employee, as an independent contractor, and willfully fails to secure the payment of workers' compensation. Florida Stature 440.02(d), an independent contractor, is defined as:

(I) The independent contractor maintains a separate business with his or her own work facility, equipment, materials, or similar accommodations;
(II) The independent contractor holds or has applied for a federal employer identification number, unless the independent contractor is a sole proprietor who is not required to obtain a federal employer identification number under state or federal regulations;
(III) The independent contractor receives compensation for services rendered or work performed and such compensation is paid to a business rather than to an individual;
(IV) The independent contractor holds one or more bank accounts in the name of the business entity for purposes of paying business expenses or other expenses related to services rendered or work performed for compensation;
(V) The indeoendent contractor performs work or is able to perform work for any entity in addition to or besides the employer at his or her own election without the necessity of completing an employment application or process; or
(VI) The independent contractor receives compensation for work or services rendered on a commission, per-job or completion of a task or a set of tasks as defined by a contractual agreement, and not any other basis.
(VII) The Independent contractor performs or agrees to perform specific services or work for a specific amount of money and controls the means of performing the services or work.
(VIII) The independent contractor incurs the principal expenses related to the service or work that he or she performs or agrees to perform.
(IX) The Independent contractor is responsible for the satisfactory completion of the work or services that he or she performs or agrees to perform.
(X) The independent contractor may realize a profit or suffer a loss in connection with performing work or services.
(XI) The independent contractor has continuing or recurring business liabilities or obligations.
(XII) The success or failure of the independent contractor's business depends on the relationship of business receipts to expenditures.

I, Jeremiah Robinson, as an independent contractor, met all of the above criteria.

I carry workers' compensation coverage. Yes___ No ✓ (if yes attached proof)

I waive workers' compensation coverage and have been provided a copy of this waiver.

Yes ✓ No___

Signature of Independent Contractor _____ Date 2-12-13

Witness _____ Date 2/7/13