UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEREMIAH ROBINSON,

    Plaintiff,

v.                                            Case No:   2:14-cv-528-FtM-38CM

ANYTIME RENTALS, INC. and
KEVIN DUBBERLY,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Plaintiff Jeremiah Robinson and Defendants Anytime Rentals, Inc. and Kevin Dubberly's Joint Motion to Lift Stay for the Purpose of Seeking Approval of FLSA Settlement Agreement (Doc. #35) filed on March 25, 2016.

On September 8, 2014, Plaintiff initiated this action for unpaid overtime wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207.  (Doc. #1).  Defendants responded by moving to compel arbitration and stay the case, which the Court granted.  (Doc. #28; Doc. #31).  Since then, the parties have successfully settled Plaintiff's FLSA claims.  (Doc. #35).  Consequently, the parties now move to lift the stay in order to seek the Court's approval of their settlement agreement.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

As the parties have settled this case and need the Court's approval of their settlement, the Court finds good cause to lift the stay in this case.

Accordingly, it is

**ORDERED:**

(1) Plaintiff Jeremiah Robinson and Defendants Anytime Rentals, Inc. and Kevin Dubberly's Joint Motion to Lift Stay for the Purpose of Seeking Approval of FLSA Settlement Agreement (Doc. #35) is **GRANTED**.

(2) The parties are **DIRECTED** to provide the Court with the appropriate FLSA settlement documents on or before **April 5, 2016**.

(3) The Clerk of Court is **DIRECTED** to remove the stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of March, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record